UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: )
Michael Hat dba ) Case No. - 04-32497
Michael Hat Farming Company ) Chapter 11
)
) QUARTERLY LIQUIDATION
) REPORT
)

QUARTER ENDING _____December 31, 2012_____

CASH BASIS

Pursuant to Section 7.14 of the liquidation plan confirmed herein, attached hereto are the following :

| | | | |
|---|---|---|---|
| A | | | |
| | 1 | Date of Entry of Order Confirming Plan & Effective Date of Plan | ( x ) |
| | 2 | Cash Receipts and Disbursements Summary | ( x ) |
| | 3 | Receipts (Detail) | ( x ) |
| | 4 | Disbursements Made Pursuant to the Plan | ( x ) |
| | 5 | Other Disbursements | ( x ) |
| | 6 | Reserves Held Under the Plan | ( x ) |
| B | | Multiple Cash Account Balances | ( x ) |
| C | | Federal and State Taxes | ( x ) |

SCHEDULE A

The Chapter 11 Trustee hereby submits the following post-confirmation report for the above described calendar quarter:

| | | |
|---|---|---|
| 1. | Date of entry of Order Confirming Plan | August 24, 2005 |
| | Effective Date of Plan | September 6, 2005 |
| 2. | Cash balance at October 1, 2012 | $54,418.86 |
| | Total receipts during period | 0.00 |
| | Total disbursements during period | (434.89) |
| | Cash balance at end of quarter | $ 53,983.97 |
| 3. | **Receipts (Detail)** | |
| | Interest - All Accounts | $0.00 |
| | Total Receipts This Quarter | $0.00 |
| 4. | **Disbursements Made Pursuant to the Plan - This Period** | |
| | Secured claims payments | $0.00 |
| | Administrative expense claims payments | 0.00 |
| | Class "D" general unsecured claims payments | 0.00 |
| | Tax deductions and contributions on employment claims | 0.00 |
| | Total payments made pursuant to Plan - This period | 0.00 |
| | **Cumulative paid to date** | $ 20,813,088.99 |
| 5. | **Other disbursements :** | |
| | Bank Service Charge - All Accounts | $3.84 |
| | Bond Renewal | 0.00 |
| | U.S.Trustee Fees - 3rd Qtr. 2012 | 325.00 |
| | Accounting - Quarterly Payroll Tax Reports | 106.05 |
| | Total other disbursements | $ 434.89 |
| 6. | **Reserves Held Under the Plan (@ 12/31/2012)** | |
| | Secured claims reserve | $3,120.00 |
| | Unsecured priority claims reserve | 11,709.00 |
| | Convenience Claims reserve | 147.20 |
| | Class "D" general unsecured claims reserve | 37,819.22 |
| | Total reserves | $ 52,795.42 |

All quarterly fees due the U. S. Trustee to date have been paid.

Dated: 1/16/13

John Van Curen, Chapter 11 Trustee
4539 N. Brawley, Suite 105
Fresno, CA 93722
(559) 275-9582
(559) 275-8786 FAX

| Schedule B | | | |
|---|---|---|---|
| Multiple Cash Accounts* | | | |
|  | Bank of America Master Account #375-551-4563 | Union Bank General Account #2180001029 | Total |
| Beginnning Balance | $54,418.86 | $53,983.97 | $108,402.83 |
| Receipts | $0.00 | $0.00 | $0.00 |
| Transfers | $0.00 | $0.00 | $0.00 |
| Disbursements | ($54,418.86) | $0.00 | -$54,418.86 |
| Ending Balance | $0.00 | $53,983.97 | $53,983.97 |

**\* See Attachment for accounts reconciliation**

## SCHEDULE C
## FEDERAL & STATE TAXES

1   Tax balance at end of last quarter          $0.00

Fed. Employer or S.S. # 68-0484740 (Tax ID # for 401k)   EDD ID # 475-5490-2

Withholdings:
    Federal income tax withheld          0.00
    FICA withheld                        0.00
    Medicare withheld                    0.00
    State income tax withheld            0.00
    State disability                     0.00

Employer tax liability:
    FICA                                 0.00
    Medicare                             0.00
    SUI                                  0.00
    ETT                                  0.00
    FUTA                                 0.00

            Total payroll taxes due          **$0.00**

STATE TAX LIABLILTIY THIS MONTH
State Board of Equalization ID # _____

Sales tax liability                              $_____
Other (excise, city, business, etc.)             _____

3   Total sales taxes due                        $_____

SUMMARY OF TAX PAYMENTS MADE THIS MONTH:

| Payee | Date paid | Bank Account # | Check # | Amount |
|-------|-----------|----------------|---------|--------|
|       |           |                |         |        |
|       |           |                |         |        |
|       |           |                |         |        |
|       |           |                |         |        |
|       |           |                |         |        |
|       |           |                |         |        |
|       |           |                |         |        |

            Total payments made:             **$0.00**

(Tax balance at end of this month ) add lines 1-3 less line 4       **$0.00**



**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES    CA    90051-3840

MICHAEL HAT DBA MICHAEL HAT FA
**Statement Number:** 2180001029
12/1/12 - 12/31/12

Customer Inquiries
800-669-8661

Thank you for banking with us since 2012

CY30 MZO B 0230 0170546-201708 23 309285

MICHAEL HAT DBA MICHAEL HAT FARMING
COMPANY-JOHN VAN CUREN
CHAPTER 11 TRUSTEE
4539 N BRAWLEY AVE STE 105
FRESNO CA 93722-3950

■ *Effective 1/1/2013, non-interest checking account and IOLTA (Interest on Lawyers Trust Account) balances will no longer receive unlimited deposit insurance coverage, but will be FDIC-insured to the legal maximum of $250,000 for each ownership category. For more information, please visit http://www.fdic.gov/deposit/deposits/unlimited/expiration.html.*

## BUSINESS EXTRA CHECKING SUMMARY

Account Number: 2180001029

Days in statement period: 31

| | | |
|---|---:|---:|
| **Beginning balance on 12/1** | $ | 0.00 |
| **Total Credits** | | 53,986.97 |
| Electronic credits ( 1 ) | 53,986.97 | |
| **Total Debits** | | -3.00 |
| Other debits, fees and adjustments ( 1 ) | -3.00 | |
| **Ending Balance on 12/31** | $ | 53,983.97 |

## CREDITS

### Electronic credits

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 12/3 | WIRE TRANS   TRN 1203022757 120312 201212030030917 | 93056815 | $ 53,986.97 |

## DEBITS

### Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 12/31 | CHECK IMAGE FEE | | $ 3.00 |

### Information and Banking Office Services

*For each monthly statement period your account includes:*
■ 500  free combined transactions (checks deposited, paid items and deposits)

*For the current monthly statement period you made:*
1 combined transactions.

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|---|---:|
| 12/1-12/2 | $ 0.00 | 12/3-12/30 | $ 53,986.97 | 12/31 | $ 53,983.97 |



RECEIVED JAN - 9 2012

# Bank of America

CUSTOMER CONNECTION  
BANK OF AMERICA, N.A.  
DALLAS, TEXAS  75283-2406

Account Number    3755514563  
01 01 149 01 M0000 E#      2  
Last Statement:    10/31/2012  
This Statement:    11/30/2012

Customer Service  
1-888-400-9009

MICHAEL HAT DBA MICHAEL  
HAT FARMING CO CASE    01-92886-A-11  
JOHN VAN CUREN, CHP.11 TRUSTEE  
4539 N. BRAWLEY, SUITE 105  
FRESNO CA   93722

Page      1 of    2

Bankruptcy Case Number: 0192886A11

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | |
|---|---|
| Statement Period 11/01/2012 - 11/30/2012 | Statement Beginning Balance       54,418.44 |
| Number of Deposits/Credits         0 | Amount of Deposits/Credits              .00 |
| Number of Checks                   2 | Amount of Checks                     431.05 |
| Number of Other Debits             1 | Amount of Other Debits                  .42 |
| | Statement Ending Balance          53,986.97 |
| Number of Enclosures               2 | |
| | Service Charge                          .42 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2500 | 325.00 | 11/19 | 6592778865 | 2501 | 106.05 | 11/23 | 7092762084 |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/30 | | .42 | FDIC ASSESSMENT | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/31 | 54,418.44 | 54,418.44 | 11/23 | 53,987.39 | 53,987.39 |
| 11/19 | 54,093.44 | 54,093.44 | 11/30 | 53,986.97 | 53,986.97 |

RECEIVED DEC 10 2012

Recycled Paper

Case 04-32497    Filed 01/17/13    Doc 4867



# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number       3755514563
01 01 149 01 M0000 E#        0
Last Statement:      09/28/2012
This Statement:      10/31/2012

NX 0000 01 000 929 000063 #@01 FP 0.424
MICHAEL HAT DBA MICHAEL
HAT FARMING CO CASE # 01-92886-A-11
JOHN VAN CUREN, CHP.11 TRUSTEE
4539 N. BRAWLEY, SUITE 105
FRESNO CA  93722

Customer Service
1-888-400-9009

Page    1  of   2

nkruptcy Case Number: 0192886A11

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 09/29/2012 - 10/31/2012 | Statement Beginning Balance | 54,418.86 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                    0 | Amount of Checks | .00 |
| Number of Other Debits              1 | Amount of Other Debits | .42 |
| | Statement Ending Balance | 54,418.44 |
| Number of Enclosures                0 | | |
| | Service Charge | .42 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/31 | | .42 | FDIC ASSESSMENT | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/28 | 54,418.86 | 54,418.86 | 10/31 | 54,418.44 | 54,418.44 |